```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 04840
   ABRAHAM ISRAEL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5562


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/01/2006 and was confirmed 07/17/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST          PRINCIPAL
                                                              PAID              PAID
--------------------------------------------------------------------------
 CITY OF CHICAGO PARKING    UNSECURED        6195.00            .00               .00
 SOUTH SHORE HOSPITAL       UNSECURED       NOT FILED           .00               .00
 SOUTH SHORE HOSPITAL       UNSECURED       NOT FILED           .00               .00
 SOUTH SHORE HOSPITAL       UNSECURED       NOT FILED           .00               .00
 T-MOBILE USA               UNSECURED         395.86            .00               .00
 PREMIER BANCARD CHARTER    UNSECURED         424.29            .00               .00
 PORTFOLIO ACQUISITIONS L   UNSECURED         936.45            .00               .00
 CAPITAL ONE                UNSECURED        1439.94            .00               .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,485.25                           846.36
 TOM VAUGHN                 TRUSTEE                                             53.64
 DEBTOR REFUND              REFUND                                              60.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                     960.00

 PRIORITY                                              .00
 SECURED                                               .00
 UNSECURED                                             .00
 ADMINISTRATIVE                                     846.36
 TRUSTEE COMPENSATION                                53.64
 DEBTOR REFUND                                       60.00
                         ---------------     ---------------
 TOTALS                      960.00                 960.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 04840 ABRAHAM ISRAEL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |